# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2451
Lower Tribunal No. 2022-CF-006789

_____

DARNELL L. RICHARDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

May 26, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Daniel Wehking, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED